**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lazy T Tire & Implement, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Lazy T Trailer Sales** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8626453** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **241 Harrison St**<br>**Orchard, NE 68764**<br>Number, Street, City, State & ZIP Code | **PO Box 156**<br>**Orchard, NE 68764**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Antelope**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

Debtor  **Lazy T Tire & Implement, LLC**
 Name                                                                     Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☑ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000            ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000   ☑ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor      **Lazy T Tire & Implement, LLC**
Name                                                          Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Lazy T Tire & Implement, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 23, 2026**
                 MM / DD / YYYY

**X** **/s/ Timothy Twibell**                              **Timothy Twibell**
Signature of authorized representative of debtor          Printed name

Title    **Owner and Member**

---

**18. Signature of attorney**

**X** **/s/ Galen E. Stehlik**                    Date **January 23, 2026**
Signature of attorney for debtor                         MM / DD / YYYY

**Galen E. Stehlik 15578**
Printed name

**Stehlik Law Firm, P.C., L.L.O.**
Firm name

**724 W Koenig St**
**Grand Island, NE 68801**
Number, Street, City, State & ZIP Code

Contact phone   **(308) 675-4035**      Email address   **galen.stehlik@stehliklawfirm.com**

**15578 NE**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lazy T Tire & Implement, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January 23, 2026**__          X **/s/ Timothy Twibell** _____
                                                      Signature of individual signing on behalf of debtor

                                        **Timothy Twibell** _____
                                        Printed name

                                        **Owner and Member** _____
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lazy T Tire & Implement, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AGI Batco**<br>**1886 217th Rd**<br>**Boone, IA 50036** | | | **Unliquidated** | | | **$17,971.05** |
| **Alamo Group Ag Americas, LLC**<br>**1627 E Walnut St**<br>**Seguin, TX 78155** | | | **Unliquidated** | **$30,844.86** | **$0.00** | **$30,844.86** |
| **Alkota Cleaning Systems**<br>**PO Box 770**<br>**Sioux Falls, SD 57101** | | | **Unliquidated** | | | **$12,930.38** |
| **American Tire Distributors**<br>**1415 W Commerce Way**<br>**Lincoln, NE 68521** | | | **Unliquidated** | | | **$11,663.48** |
| **Automated Dairy**<br>**PO Box 158**<br>**Clearwater, NE 68726** | | | **Unliquidated** | | | **$2,091.75** |
| **Brunswick State Bank**<br>**226 2nd St**<br>**Brunswick, NE 68720** | | **241 Harrison St., Orchard, NE** | **Unliquidated** | **$367,870.14** | **$127,985.00** | **$239,885.14** |
| **EMC Insurance**<br>**PO Box 219225**<br>**Kansas City, MO 64121** | | | **Unliquidated** | | | **$11,466.39** |
| **Harper Industries Inc**<br>**151 Hwy 160**<br>**Harper, KS 67058** | | | **Unliquidated** | | | **$47,811.20** |
| **Heerd Boss LLC**<br>**2251 320th St**<br>**Rock Valley, IA 51247** | | | **Unliquidated** | | | **$5,350.50** |

| Debtor | **Lazy T Tire & Implement, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington Finance PO Box 4502 Carol Stream, IL 60197** | | **Arens and Gravely lawnmowers.** | **Unliquidated** | | | **$94,065.60** |
| **Interstate Battery PO Box 2095 Sioux City, IA 51104** | | | **Unliquidated** | | | **$1,804.66** |
| **K & M Tire PO Box 640045 Pittsburgh, PA 15264** | | | **Unliquidated** | | | **$11,415.22** |
| **Kelly Supply Company PO Box 1328 Grand Island, NE 68802** | | | **Unliquidated** | | | **$4,803.34** |
| **Kurtzer's LLC 24463 County Rd 11 Haxtun, CO 80731** | | | **Unliquidated** | | | **$6,899.61** |
| **Need Turf Equipment Sandhills Global PO Box 85673 Lincoln, NE 68501** | | | **Unliquidated** | | | **$1,770.00** |
| **Northpoint Commercial Finance 1105 Lakewood Parkway Suite 210 Alpharetta, GA 30009** | | **Equipment vendor** | **Unliquidated** | | | **$221,859.00** |
| **O'Neill Auto Supply PO Box 299 Oneill, NE 68763** | | | **Unliquidated** | | | **$2,474.30** |
| **Southside Tire Garrett Enterp N 2453 Hwy 45 S Antigo, WI 54409** | | | **Unliquidated** | | | **$3,592.27** |
| **Special T's & More PO Box 125 Lynch, NE 68746** | | | **Unliquidated** | | | **$5,097.71** |
| **Thunder Struck Bumpers 401 Cottage Ave Abilene, KS 67410** | | | **Unliquidated** | | | **$12,805.00** |

**Fill in this information to identify the case:**

Debtor name      **Lazy T Tire & Implement, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $    **127,985.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $    **2,339,380.59**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................   $    **2,467,365.59**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **512,132.92**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$    **489,443.54**

4.   Total liabilities ............................................................................................................................
    Lines 2 + 3a + 3b    |   $    **1,001,576.46**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lazy T Tire & Implement, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Brunswick State Bank** | **Checking** | **9900** | **$0.00** |
| 3.2. | **Brunswick State Bank Savings** | **Savings** | **8432** | **$0.00** |

**4.  Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Checks in Debtors' possession** | **$357,532.36** |

**5.  Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$357,532.36

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies total inventory as of December 16, 2025, parts, machinery, equipment, supplies. The value given is the Debtors' opinion of comparable sales and inventory** | **12/16/25** | **$1,981,048.23** | **Comparable sale** | **$1,981,048.23** |

| 23. | **Total of Part 5.** | | $1,981,048.23 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture**<br>**Computer, monitor, cell phones, ipads, tv's, projector screen (10 years old), 1 projector (10 years old)** | **$800.00** | | **$800.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$800.00** |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 55.1. | **Lot 12, Block 6, Village of Orchard, Antelope County, Nebraska; Lots 15 through 24, Block 6, Village of Orchard, Antelope County, Nebraska; Lot 17, except the East 100 feet, Block 2, Tiede's Subdivision, Village of Orchard, Antelope County, Nebraska (current assessed value)** | Fee simple | $127,985.00 | Tax records | $127,985.00 |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $127,985.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

<span style="background-color:black; color:white">Part 12:</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $357,532.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,981,048.23 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $127,985.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,339,380.59 | + 91b. $127,985.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,467,365.59 |

**Fill in this information to identify the case:**

Debtor name  **Lazy T Tire & Implement, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alamo Group Ag Americas, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $30,844.86 | $0.00 |
| **1627 E Walnut St**<br>**Seguin, TX 78155**<br>Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**1701** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **Ally**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2024 Ford F 350 Pickup** | $55,132.25 | $59,000.00 |
| **PO Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**7/1/24** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**2128** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **Lazy T Tire & Implement, LLC**                Case number (if known) _____
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,       ■ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **American National Bank** | Describe debtor's property that is subject to a lien | $32,816.87 | $36,400.00 |
|---|---|---|---|---|

Creditor's Name

**2017 Ford F350**

**PO Box 2318**
**Orlando, FL 32816-8700**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6959**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ No    ■ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.4 | **Antelope County Treasurer** | Describe debtor's property that is subject to a lien | $1,557.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**501 M Street Rm 11**
**Neligh, NE 68756**

Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Secured Priority Claim**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ No    ☐ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.5 | **Brunswick State Bank** | Describe debtor's property that is subject to a lien | $367,870.14 | $127,985.00 |
|---|---|---|---|---|

Creditor's Name

**241 Harrison St., Orchard, NE**

**226 2nd St**
**Brunswick, NE 68720**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 4

Debtor **Lazy T Tire & Implement, LLC**
　　　　Name

Case number (if known) _____

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4074** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 **Brunswick State Bank** | Describe debtor's property that is subject to a lien | $0.00 | $357,532.36 |
| Creditor's Name | **Checks in Debtors' possession** | | |
| **226 2nd St** **Brunswick, NE 68720** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | ☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.7 **Union Bank and Trust** | Describe debtor's property that is subject to a lien | $23,911.48 | $30,000.00 |
| Creditor's Name | **Loan on 2022 Jeep Gladiator** | | |
| **PO Box 82535** **Lincoln, NE 68501** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Noted on Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | ☐ Disputed | | |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $512,132.92

| Debtor | **Lazy T Tire & Implement, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __Lazy T Tire & Implement, LLC__

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AGI Batco**<br>**1886 217th Rd**<br>**Boone, IA 50036**<br><br>Date(s) debt was incurred __9/25/25__<br>Last 4 digits of account number __AZ20__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $17,971.05 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Alkota Cleaning Systems**<br>**PO Box 770**<br>**Sioux Falls, SD 57101**<br><br>Date(s) debt was incurred __11/18/25__<br>Last 4 digits of account number __0048__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $12,930.38 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Tire Distributors**<br>**1415 W Commerce Way**<br>**Lincoln, NE 68521**<br><br>Date(s) debt was incurred __11/20/25__<br>Last 4 digits of account number __6971__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $11,663.48 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Amtrust Financial Services**<br>**800 Superior Ave E 20th Floor**<br>**Cleveland, OH 44114**<br><br>Date(s) debt was incurred __12/1/25__<br>Last 4 digits of account number __5460__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Worker's Comp__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,267.00 |

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Appeara**
126 N 3rd St
Norfolk, NE 68701

Date(s) debt was incurred  **1/5/26**

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$68.19**

---

**3.6** | Nonpriority creditor's name and mailing address

**Applied Connective Technologies**
PO Box 446
Albion, NE 68620

Date(s) debt was incurred  **12/1/25**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$168.80**

---

**3.7** | Nonpriority creditor's name and mailing address

**Automated Dairy**
PO Box 158
Clearwater, NE 68726

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,091.75**

---

**3.8** | Nonpriority creditor's name and mailing address

**Bazile Creek Power Sports**
303 Main St
Creighton, NE 68729

Date(s) debt was incurred  **11/24/25**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$28.81**

---

**3.9** | Nonpriority creditor's name and mailing address

**Black Hills Energy**
PO Box 6001
Rapid City, SD 57709

Date(s) debt was incurred  **1/5/26**

Last 4 digits of account number  **3088**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$894.19**

---

**3.10** | Nonpriority creditor's name and mailing address

**Central Supply**
109 N 9th St
Omaha, NE 68102

Date(s) debt was incurred  **12/18/25**

Last 4 digits of account number  **3415**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$902.74**

---

**3.11** | Nonpriority creditor's name and mailing address

**Danielson Tech Supply**
10601 Lackman Rd
Lenexa, KS 66219

Date(s) debt was incurred  **1/15/26**

Last 4 digits of account number  **8900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$390.35**

---

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.59**

**Dexter**
PO Box 737005
**Dallas, TX 75373**

Date(s) debt was incurred  **12/2/25**
Last 4 digits of account number  **6592**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,466.39**

**EMC Insurance**
PO Box 219225
**Kansas City, MO 64121**

Date(s) debt was incurred  **12/1/25**
Last 4 digits of account number  **8738**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,436.80**

**Fair Manufacturing**
2900 Alumax Rd
**Yankton, SD 57078**

Date(s) debt was incurred  **1/8/26**
Last 4 digits of account number  **N/A**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,811.20**

**Harper Industries Inc**
151 Hwy 160
**Harper, KS 67058**

Date(s) debt was incurred  **10/17/25**
Last 4 digits of account number  **0006**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,350.50**

**Heerd Boss LLC**
2251 320th St
**Rock Valley, IA 51247**

Date(s) debt was incurred  **10/30/25**
Last 4 digits of account number  **N/A**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.00**

**Hillsboro Industries**
220 Ind Rd
**Hillsboro, KS 67063**

Date(s) debt was incurred  **12/15/25**
Last 4 digits of account number  **3658**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,065.60**

**Huntington Finance**
PO Box 4502
**Carol Stream, IL 60197**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Arens and Gravely lawnmowers.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Hydrus Detergents**
**2621 7th Ave South**
**Estherville, IA 51334**

Date(s) debt was incurred  **12/24/25**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$880.02**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Independent Pest Management**
**87727 514 Ave**
**Orchard, NE 68764**

Date(s) debt was incurred  **12/17/25**

Last 4 digits of account number  **2795**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.85**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Interstate Battery**
**PO Box 2095**
**Sioux City, IA 51104**

Date(s) debt was incurred  **1/12/26**

Last 4 digits of account number  **297**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,804.66**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**K & M Tire**
**PO Box 640045**
**Pittsburgh, PA 15264**

Date(s) debt was incurred  **11/19/25**

Last 4 digits of account number  **1651**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,415.22**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**KBRX Radio Station**
**Box 150**
**Oneill, NE 68763**

Date(s) debt was incurred  **11/30/25**

Last 4 digits of account number  **139**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$555.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Kelly Supply Company**
**PO Box 1328**
**Grand Island, NE 68802**

Date(s) debt was incurred  **12/8/25**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,803.34**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Kurtzer's LLC**
**24463 County Rd 11**
**Haxtun, CO 80731**

Date(s) debt was incurred  **11/24/25**

Last 4 digits of account number  **3599**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,899.61**

---

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.50 |
|---|---|---|---|

**Mac Tools**
**Cameron Armitage**
**88793 496th Ave**
**Oneill, NE 68763**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/25**

Basis for the claim: _

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $541.86 |
|---|---|---|---|

**Matheson Tri-Gas Inc**
**Dept 3028**
**PO Box 123028**
**Dallas, TX 75312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $368.57 |
|---|---|---|---|

**Medart Inc**
**124 Manufacturers**
**Arnold, MO 63010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,770.00 |
|---|---|---|---|

**Need Turf Equipment**
**Sandhills Global**
**PO Box 85673**
**Lincoln, NE 68501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/25**

Basis for the claim: _

Last 4 digits of account number  **2756**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $161.04 |
|---|---|---|---|

**Neligh Auto**
**102 W 11th St**
**Neligh, NE 68756**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/11/25**

Basis for the claim: _

Last 4 digits of account number  **2948**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|

**Norfolk Daily News**
**PO Box 977**
**Norfolk, NE 68701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/25**

Basis for the claim: _

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $384.03 |
|---|---|---|---|

**North Central Public Power**
**PO Box 90**
**Creighton, NE 68729**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/25**

Basis for the claim: _

Last 4 digits of account number  **0790**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Northpoint Commercial Finance**
**1105 Lakewood Parkway Suite 210**
**Alpharetta, GA 30009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment vendor

Is the claim subject to offset? ☐ No ☐ Yes

**$221,859.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**O'Neill Auto Supply**
**PO Box 299**
**Oneill, NE 68763**

**Date(s) debt was incurred** 11/4/25

**Last 4 digits of account number** 4717

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,474.30**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**One Office Solution**
**435 W Norfolk Ave**
**Norfolk, NE 68701**

**Date(s) debt was incurred** 12/31/25

**Last 4 digits of account number** 2186

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$115.62**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Orchard Lumber**
**PO Box 81**
**Orchard, NE 68764**

**Date(s) debt was incurred** 11/30/25

**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$91.89**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Pitzer Digital**
**314 M Street**
**Neligh**
**Neligh, NE 68756**

**Date(s) debt was incurred** 11/30/25

**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$626.72**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Power Distributing**
**PO Box 677857**
**Dallas, TX 75267**

**Date(s) debt was incurred** 1/14/26

**Last 4 digits of account number** 0805

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$31.42**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Quality Iron & Metal**
**204 S D St**
**Neligh, NE 68756**

**Date(s) debt was incurred** 11/26/25

**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$502.95**

---

1/23/26 11:25AM

| Debtor | **Lazy T Tire & Implement, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.62** |
| | **Ranchland Auto Supply** | ☐ Contingent | |
| | **212 East Douglas St** | ☐ Unliquidated | |
| | **Oneill, NE 68763** | ☐ Disputed | |
| | Date(s) debt was incurred **11/26/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3415** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$674.39** |
| | **Rigid Hitch Inc** | ☐ Contingent | |
| | **3301 West Burnsville** | ■ Unliquidated | |
| | **Burnsville, MN 55337** | ☐ Disputed | |
| | Date(s) debt was incurred **11/6/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7103** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.01** |
| | **Royal One Stop** | ☐ Contingent | |
| | **1000 W Hwy 20** | ■ Unliquidated | |
| | **Royal, NE 68773** | ☐ Disputed | |
| | Date(s) debt was incurred **11/14/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238.96** |
| | **Select Parts** | ☐ Contingent | |
| | **119 S Floyd** | ■ Unliquidated | |
| | **PO Box 175** | ☐ Disputed | |
| | **Sioux City, IA 51102** | | |
| | Date(s) debt was incurred **12/29/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **LAZORNE** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,592.27** |
| | **Southside Tire Garrett Enterp** | ☐ Contingent | |
| | **N 2453 Hwy 45 S** | ■ Unliquidated | |
| | **Antigo, WI 54409** | ☐ Disputed | |
| | Date(s) debt was incurred **12/3/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1691** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,097.71** |
| | **Special T's & More** | ☐ Contingent | |
| | **PO Box 125** | ■ Unliquidated | |
| | **Lynch, NE 68746** | ☐ Disputed | |
| | Date(s) debt was incurred **11/14/25** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248.06** |
| | **Stealth Broadband** | ☐ Contingent | |
| | **PO Box 634** | ■ Unliquidated | |
| | **Blair, NE 68008** | ☐ Disputed | |
| | Date(s) debt was incurred **1/13/26** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0527** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Lazy T Tire & Implement, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Thunder Struck Bumpers** | ☐ Contingent |
| | **401 Cottage Ave** | ■ Unliquidated |
| | **Abilene, KS 67410** | ☐ Disputed |
| | Date(s) debt was incurred  **11/10/25** | **Basis for the claim:** _ |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No  ☐ Yes |

**$12,805.00**

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **US Auto Force** | ☐ Contingent |
| | **7984 Solution Center** | ■ Unliquidated |
| | **Chicago, IL 60677** | ☐ Disputed |
| | Date(s) debt was incurred  **12/18/25** | **Basis for the claim:** _ |
| | Last 4 digits of account number  **2175** | Is the claim subject to offset? ■ No  ☐ Yes |

**$560.71**

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **US Cellular** | ☐ Contingent |
| | **Dept 0203** | ■ Unliquidated |
| | **Palatine, IL 60055** | ☐ Disputed |
| | Date(s) debt was incurred  **11/12/25** | **Basis for the claim:** _ |
| | Last 4 digits of account number  **7136** | Is the claim subject to offset? ■ No  ☐ Yes |

**$180.12**

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Village of Orchard** | ☐ Contingent |
| | **POI Box 256** | ■ Unliquidated |
| | **Orchard, NE 68764** | ☐ Disputed |
| | Date(s) debt was incurred  **1/6/26** | **Basis for the claim:** _ |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No  ☐ Yes |

**$260.27**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $  **489,443.54** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **489,443.54** |

**Fill in this information to identify the case:**

Debtor name    **Lazy T Tire & Implement, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **down payment on equipment purchase** |
| | State the term remaining | |
| | List the contract number of any government contract | **Aaron Collingham**<br>**86314 511 Ave**<br>**Orchard, NE 68764** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Downpayment on equipment purchase** |
| | State the term remaining | |
| | List the contract number of any government contract | **Chance Mignery**<br>**3440 S Smokie Hill Road**<br>**Hastings, NE 68901** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor of Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cloverdale Equipment**<br>**N 13835 Cty Rd E**<br>**Curtiss, WI 54422** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Prepaid Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **G & S Livestock**<br>**52552 495th Ave**<br>**Ericson, NE 68637** |

1/23/26 11:25AM

Debtor 1  **Lazy T Tire & Implement, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Lease lot to place equipment on** |
| State the term remaining | |
| List the contract number of any government contract | **Hammer Insurance**<br>**125 2nd St**<br>**Orchard, NE 68764** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Prepaid irrigation tires** |
| State the term remaining | |
| List the contract number of any government contract | **Johnston Farms**<br>**85883 514th Ave**<br>**Clearwater, NE 68726** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Lease lot to place equipment on** |
| State the term remaining | |
| List the contract number of any government contract | **Roy Yoder Construction Ltd**<br>**6508 Township Rd 603**<br>**Millersburg, OH 44654** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Prepaid on equipment** |
| State the term remaining | |
| List the contract number of any government contract | **Steve Kopf**<br>**42815 Rd 770**<br>**Lexington, NE 68850** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Prepaid on Hillsboro Stock Trailer** |
| State the term remaining | |
| List the contract number of any government contract | **Terrance L. Nielsen**<br>**231 St Paul Rd**<br>**Saint Libory, NE 68872** |

**Fill in this information to identify the case:**

Debtor name **Lazy T Tire & Implement, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Tim and Marci Twibell** | **51243 862 Road Orchard, NE 68764** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Lazy T Tire & Implement, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $77,048.00 |
| **For the fiscal year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $-54,265.00 |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $34,321.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor __Lazy T Tire & Implement, LLC_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Brunswick State Bank**<br>**226 2nd St**<br>**Brunswick, NE 68720** | **December, 2025.  Bank took the funds from the debtor's checking account** | **$77,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor   **Lazy T Tire & Implement, LLC**                                     Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Galen Stehlik**<br>**724 W. Koenig Street**<br>**Grand Island, NE 68801** | | | **$5,000.00** |
| Email or website address<br>**galen.stehlik@stehliklawfirm.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Lazy T Tire & Implement, LLC** _____   Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Simple IRA** | EIN:  **20-8626453** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Lazy T Tire & Implement, LLC**                                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(if known)* | |

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **W.E. Stevens, PC**<br>**16850 Frances St Ste 100**<br>**Omaha, NE 68130** | **2024** |
| 26a.2. | **Keith G. Hemmer, CPA, P.C.**<br>**PO Box 299**<br>**Elgin, NE 68636** | **2023 and prior** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **W.E. Stevens, PC**<br>**16850 Frances St Ste 100**<br>**Omaha, NE 68130** | |
| 26c.2. | **Timothy Twibell**<br>**51243 862nd Rd**<br>**Orchard, NE 68764** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Brunswick State Bank**<br>**226 2nd St**<br>**Brunswick, NE 68720** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | **Lazy T Tire & Implement, LLC** | Case number *(if known)* | |

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Timothy Twibell** | **51243 862nd Rd**<br>**Orchard, NE 68764** | **Owner, Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|
| **Capital Group American Funds** | EIN:    **20-8626453** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2026**

**/s/ Timothy Twibell**
Signature of individual signing on behalf of the debtor

**Timothy Twibell**
Printed name

Position or relationship to debtor    **Owner and Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Nebraska

In re   **Lazy T Tire & Implement, LLC** _____ Case No. _____

Debtor(s)                              Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................................. $ _____**5,000.00**

   Prior to the filing of this statement I have received ............................. $ _____**5,000.00**

   Balance Due ................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 23, 2026** _____     **/s/ Galen E. Stehlik** _____
*Date*                                              **Galen E. Stehlik 15578**
                                                    *Signature of Attorney*
                                                    **Stehlik Law Firm, P.C., L.L.O.**
                                                    **724 W Koenig St**
                                                    **Grand Island, NE 68801**
                                                    **(308) 675-4035  Fax: (308) 675-4038**
                                                    **galen.stehlik@stehliklawfirm.com**
                                                    *Name of law firm*

---

# United States Bankruptcy Court
### District of Nebraska

In re  **Lazy T Tire & Implement, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner and Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 23, 2026**

Signature  **/s/ Timothy Twibell**

**Timothy Twibell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Nebraska

In re __Lazy T Tire & Implement, LLC__ _____    Case No. _____

_____ Debtor(s)    Chapter __11__ _____

## VERIFICATION OF CREDITOR MATRIX

I, the Owner and Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date: __January 23, 2026__ _____    __/s/ Timothy Twibell__ _____

__Timothy Twibell__/__Owner and Member__
Signer/Title

Aaron Collingham
86314 511 Ave
Orchard, NE 68764


AGI Batco
1886 217th Rd
Boone, IA 50036


Alamo Group Ag Americas, LLC
1627 E Walnut St
Seguin, TX 78155


Alkota Cleaning Systems
PO Box 770
Sioux Falls, SD 57101


Ally
PO Box 380902
Minneapolis, MN 55438


American National Bank
PO Box 2318
Orlando, FL 32816-8700


American Tire Distributors
1415 W Commerce Way
Lincoln, NE 68521


Amtrust Financial Services
800 Superior Ave E 20th Floor
Cleveland, OH 44114


Antelope County Treasurer
501 M Street Rm 11
Neligh, NE 68756


Appeara
126 N 3rd St
Norfolk, NE 68701


Applied Connective Technologies
PO Box 446
Albion, NE 68620

Automated Dairy
PO Box 158
Clearwater, NE 68726


Bazile Creek Power Sports
303 Main St
Creighton, NE 68729


Black Hills Energy
PO Box 6001
Rapid City, SD 57709


Brunswick State Bank
226 2nd St
Brunswick, NE 68720


Central Supply
109 N 9th St
Omaha, NE 68102


Chance Mignery
3440 S Smokie Hill Road
Hastings, NE 68901


Cloverdale Equipment
N 13835 Cty Rd E
Curtiss, WI 54422


Danielson Tech Supply
10601 Lackman Rd
Lenexa, KS 66219


Dexter
PO Box 737005
Dallas, TX 75373


EMC Insurance
PO Box 219225
Kansas City, MO 64121


Fair Manufacturing
2900 Alumax Rd
Yankton, SD 57078

G   S Livestock
52552 495th Ave
Ericson, NE 68637


Hammer Insurance
125 2nd St
Orchard, NE 68764


Harper Industries Inc
151 Hwy 160
Harper, KS 67058


Heerd Boss LLC
2251 320th St
Rock Valley, IA 51247


Hillsboro Industries
220 Ind Rd
Hillsboro, KS 67063


Huntington Finance
PO Box 4502
Carol Stream, IL 60197


Hydrus Detergents
2621 7th Ave South
Estherville, IA 51334


Independent Pest Management
87727 514 Ave
Orchard, NE 68764


Interstate Battery
PO Box 2095
Sioux City, IA 51104


Johnston Farms
85883 514th Ave
Clearwater, NE 68726


K   M Tire
PO Box 640045
Pittsburgh, PA 15264

KBRX Radio Station
Box 150
Oneill, NE 68763


Kelly Supply Company
PO Box 1328
Grand Island, NE 68802


Kurtzer's LLC
24463 County Rd 11
Haxtun, CO 80731


Mac Tools
Cameron Armitage
88793 496th Ave
Oneill, NE 68763


Matheson Tri-Gas Inc
Dept 3028
PO Box 123028
Dallas, TX 75312


Medart Inc
124 Manufacturers
Arnold, MO 63010


Need Turf Equipment
Sandhills Global
PO Box 85673
Lincoln, NE 68501


Neligh Auto
102 W 11th St
Neligh, NE 68756


Norfolk Daily News
PO Box 977
Norfolk, NE 68701


North Central Public Power
PO Box 90
Creighton, NE 68729

Northpoint Commercial Finance
1105 Lakewood Parkway Suite 210
Alpharetta, GA 30009


O'Neill Auto Supply
PO Box 299
Oneill, NE 68763


One Office Solution
435 W Norfolk Ave
Norfolk, NE 68701


Orchard Lumber
PO Box 81
Orchard, NE 68764


Pitzer Digital
314 M Street
Neligh
Neligh, NE 68756


Power Distributing
PO Box 677857
Dallas, TX 75267


Quality Iron   Metal
204 S D St
Neligh, NE 68756


Ranchland Auto Supply
212 East Douglas St
Oneill, NE 68763


Rigid Hitch Inc
3301 West Burnsville
Burnsville, MN 55337


Roy Yoder Construction Ltd
6508 Township Rd 603
Millersburg, OH 44654

Royal One Stop
1000 W Hwy 20
Royal, NE 68773


Select Parts
119 S Floyd
PO Box 175
Sioux City, IA 51102


Southside Tire Garrett Enterp
N 2453 Hwy 45 S
Antigo, WI 54409


Special T's   More
PO Box 125
Lynch, NE 68746


Stealth Broadband
PO Box 634
Blair, NE 68008


Steve Kopf
42815 Rd 770
Lexington, NE 68850


Terrance L. Nielsen
231 St Paul Rd
Saint Libory, NE 68872


Thunder Struck Bumpers
401 Cottage Ave
Abilene, KS 67410


Tim and Marci Twibell
51243 862 Road
Orchard, NE 68764


Union Bank and Trust
PO Box 82535
Lincoln, NE 68501

US Auto Force
7984 Solution Center
Chicago, IL 60677


US Cellular
Dept 0203
Palatine, IL 60055


Village of Orchard
POI Box 256
Orchard, NE 68764

# United States Bankruptcy Court
## District of Nebraska

In re    **Lazy T Tire & Implement, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lazy T Tire & Implement, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2026**

Date

**/s/ Galen E. Stehlik**

**Galen E. Stehlik 15578**

Signature of Attorney or Litigant

Counsel for   **Lazy T Tire & Implement, LLC**

**Stehlik Law Firm, P.C., L.L.O.**

**724 W Koenig St**
**Grand Island, NE 68801**
**(308) 675-4035 Fax:(308) 675-4038**
**galen.stehlik@stehliklawfirm.com**