hrgstatcnf (03/22)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

    Lazy T Tire & Implement, LLC

    Debtor(s)

Bankruptcy Proceeding No. 26–40073–BSK
Chapter 11

Judge: Brian S. Kruse

**Notice of Status Conference Hearing**

A Subchapter V status hearing under 11 U.S.C. § 1188 will be held on **March 18, 2026** at **11:00 AM** CENTRAL TIME in the **Robert V. Denney Courthouse, 460 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508**. Counsel for all parties in interest must appear and explain the status of the case.

By **March 4, 2026**, the debtor(s) must file the status report required by 11 U.S.C. § 1188(c) using Local Form NEB 2015–1 on the court's website: https://www.neb.uscourts.gov/nebraska–local–forms.

Parties may appear by telephone. You must call the Cisco Webex TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll–free call–in number and access number may not be the same for every hearing. The required call–in information is:

TOLL FREE CALL IN NUMBER 1–855–244–8681
ACCESS CODE 230 841 91961
ATTENDEE ID NUMBER: N/A, INSTEAD PRESS # TO BYPASS

If you plan to appear in the courtroom and require equipment for the hearing impaired, please notify the courtroom department at least twenty–four hours before the hearing is scheduled to begin.

Dated: 1/27/26

                                                        Kyle L. Crockett
                                                        Clerk, U.S. Bankruptcy Court

Copies served by the court on the debtor.

(02/22)

## Instructions to Enter Telephone Conference

1. Dial the TOLL–FREE CALL–IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted for the ATTENDEE ID NUMBER, press the # key to bypass. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court.

## Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un–mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.