**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **LAZY T TIRE & IMPLEMENT, LLC** | § | |
| | § | **Case No. 26-40073** |
| **Debtor.** | § | |
| | § | |

**HUNTINGTON DISTRIBUTION FINANCE, INC.'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY REGARDING INVENTORY**
**PURSUANT TO 11 U.S.C. § 362(d)**

Huntington Distribution Finance, Inc. formerly known as TCF Inventory Finance, Inc. ("HDF") hereby files its Motion for Relief from Stay and requests that this Court grant relief to HDF to permit HDF to recover the inventory financed by HDF for the Debtor Lazy T Tire & Implement, LLC ("Debtor"). In support, HDF states as follows:

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.     This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). HDF consents to the entry of final orders and judgments by this Court regarding the subject matter of this Motion.

3.     Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

4.     The statutory predicate for the relief requested herein is 11 U.S.C. § 362(d).

5.     On January 23, 2026 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska("Court").

6.     On March 9, 2026, the Court entered an order converting the case to Chapter 7.

7.     Prior to the Petition Date, HDF agreed to provide and authorized the Debtor to obtain secured financing from HDF for certain inventory pursuant to an Inventory Security Agreement ("Security Agreement") dated July 17, 2015, which Debtor entered into with TCF Inventory

Finance, Inc. (the former name of HDF).  A true and accurate copy of the Security Agreement is attached as **Exhibit 1** to the Declaration of Brian Edge ("Edge Declaration") being filed herewith. Pursuant to the terms of the Security Agreement, in order to secure the obligations of Debtor to HDF, Debtor granted HDF a security interest in substantially all business assets of Debtor (the "Collateral"), as more specifically described in the Security Agreement.  See Exhibit 1, § 3.

8.      Pursuant to the terms of the Security Agreement, HDF financed the Debtor's acquisition of inventory to be held for sale in the ordinary course of Debtor's business (the "HDF Financed Inventory").  A list of the HDF Financed Inventory is attached as **Exhibit 2** to the Edge Declaration.

9.      HDF perfected its security interest by the filing of a UCC-1 financing statement.  A true and accurate copy of the Financing Statement is attached as **Exhibit 3** to the Edge Declaration.

10.     Notices of HDF's purchase money security interest in the HDF Financed Inventory were sent to the other secured creditors.  A true and accurate copy of the PMSI Notices are attached as **Exhibit 4** to the Edge Declaration.  All of the HDF Financed Inventory was financed after the other secured creditors received the PMSI Notices.   HDF has a first priority security interest in the HDF Financed Inventory and any proceeds from that inventory.

11.     HDF seeks relief from the automatic stay to recover the HDF Financed Inventory and to exercise its rights and remedies with respect to the HDF Financed Inventory.

12.     HDF's interests in the HDF Financed Inventory are not adequately protected, as the HDF Financed Inventory will only age and become less valuable over time.   HDF's interests in the HDF Financed Inventory is not adequately protected by an equity cushion as there is no equity in the HDF Financed Inventory.  HDF Financed Inventory remaining at Debtor's facility is worth no more than $94,065.61 which is the full original invoice price and Debtor's outstanding principal

balance owed to HDF is $94,065.61.  HDF is entitled to relief from the automatic stay pursuant to 11 U.S.C. 362(d)(1) for cause.

13.     There is no equity in the HDF Financed Inventory.  While this is a Chapter 11 at this point, this bankruptcy case is not a reorganization, and the HDF Financed Inventory is not necessary for an effective reorganization.  HDF is entitled to relief pursuant to 11 U.S.C. 362(d)(2) because there is no equity and the collateral is not necessary for an effective reorganization.

WHEREFORE, Huntington Distribution Finance, Inc. requests that the Court enter the agreed order terminating the automatic stay imposed by Section 362(a) of the Bankruptcy Code, effective upon entry of the Order and waiving the 14-day stay pursuant to Fed. R. Bankr. P. 4001(a)(3), to allow HDF to exercise its rights and remedies with respect to the HDF Financed Inventory, including, without limitation, the recovery of the HDF Financed Inventory, foreclosure on HDF Financed Inventory and the collection of any proceeds of the HDF Financed Inventory, including, without limitation, whatever is received upon the sale of the HDF Financed Inventory, and grant such other and further relief as is just and appropriate under the circumstances.

Dated:  March 31, 2026

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Brian Hockett*
Brian W. Hockett
Missouri State Bar No. 52984
One U.S. Bank Plaza, Suite 2700
St. Louis, MO  63101
Tel: (314) 552-6461
Fax: (314) 552-7000
bhockett@thompsoncoburn.com

**COUNSEL FOR HUNTINGTON
DISTRIBUTION FINANCE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a true and correct copy of the foregoing document has been served electronically via the Court's ECF noticing system on those receiving notice from the Court and/or first-class U.S. mail on the following as indicated below:

**Notice via first-class U.S. mail:**

AGI Batco
1886 217th Rd
Boone, IA 50036

Alamo Group Ag Americas, LLC
1627 E Walnut St
Seguin, TX 78155

Alkota Cleaning Systems
PO Box 770
Sioux Falls, SD 57101

American Tire Distributors
1415 W Commerce Way
Lincoln, NE 68521

Automated Dairy
PO Box 158
Clearwater, NE 68726

Brunswick State Bank
226 2nd St
Brunswick, NE 68720

EMC Insurance
PO Box 219225
Kansas City, MO 64121

Harper Industries Inc
151 Hwy 160
Harper, KS 67058

Heerd Boss LLC
2251 320th St
Rock Valley, IA 51247

Interstate Battery
PO Box 2095
Sioux City, IA 51104

K & M Tire
PO Box 640045
Pittsburgh, PA 15264

Kelly Supply Company
PO Box 1328
Grand Island, NE 68802

Kurtzer's LLC
24463 County Rd 11
Haxtun, CO 80731

Need Turf Equipment Sandhills Global
PO Box 85673
Lincoln, NE 68501

Northpoint Commercial Finance
1105 Lakewood Parkway Suite 210
Alpharetta, GA 30009

O'Neill Auto Supply
PO Box 299
Oneill, NE 68763

Lazy T Tire & Implement, LLC
PO Box 156
Orchard, NE 68764

Philip M. Kelly
Chapter 7 Trustee
PO Box 419
105 E. 16th Street
Scottsbluff, NE 69363

Southside Tire Garrett Enterp
N 2453 Hwy 45 S
Antigo, WI 54409

Special T's & More
PO Box 125
Lynch, NE 68746

Thunder Struck Bumpers
401 Cottage Ave
Abilene, KS 6741

WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC
P.O. BOX 957408 HOFFMAN ESTATES, IL 60195

PRICE BROS EQUIPMENT CO
PO BOX 3207
WICHITA, KS 67201

RHINOAG LLC
1020 S SANGAMON AVE
GIBSON CITY, IL 60936

/s/  Brian Hockett
Brian Hockett